UNITED STATES DISTRICT COURT – DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

Newark                                                                                                          Date: 1/18/2024

**JUDGE WILLIAM J. MARTINI**

Court Reporter: Tammera Witte
Other: Chris Favazza, USPO

**TITLE OF CASE:**                                                                              2:20-CR-127-WJM-1
UNITED STATES OF AMERICA
         v.
JOSE LUIS MARTINEZ

**APPEARANCES:**
AUSA Garrett Schuman, Counsel for Gov't
Dawn M. Florio, Counsel for Defendant
Defendant present

**NATURE OF PROCEEDINGS:** *SENTENCING*
11C plea accepted by Court
Imprisonment: 94 months (10 months on Counts 1 and 84 months on Count 2 of the Indictment to run consecutively and consecutive to any previous state or federal sentence)
Supervised Release: 5 years (5 years on each of Counts 1 and 2 of the Indictment to run concurrently).
**Special Conditions:**
**1. Consent to search**
**2. Financial Disclosure**
**3. New Debt Restrictions**
**4. Restrictions from Entering Gambling Establishments**
**5. Gambling Restrictions and Registration on Exclusion Lists**
**6. Prohibitions on Gang/Criminal Associations**
**7. Life Skills/Education**
**8. Mental Health Treatment**
**9. Supporting Dependents**
Fine waived
Special Assessment: $200.00 due immediately ($100.00 on each of Counts 1 and 2 of the Indictment)
Restitution in the amount of $31,489.14 due immediately
Recommend BOP to designate a facility close to defendant's residence
Defendant advised of right to appeal

                                                                                            Keith R. Guthrie, Deputy Clerk

Time Commenced: 11:45 a.m.
Time Adjourned: 12:30 p.m.