Joey Luis Martinez Jr.
354 Doremus Ave.
Newark, NJ 07105

January 8, 2025

Honorable Judge William J. Martini U.S.D.J.
United States Federal District Court
50 Walnut Street
Newark, NJ 07102

**Case #:** 2:20-cr-00127-WJM

Dear Honorable Judge Martini,

I am scheduled for sentencing on Monday, January 15, 2023. I have come to find out there are several important unresolved 6th amendment due process issues.

I recently got a second opinion from a very experienced Newark federal lawyer who urged me to contact the court and ask to postpone the sentencing date.

I would like to instead request a hearing in February 2024. Thank you.

Sincerely,

Joey Martinez

RECEIVED IN THE CHAMBERS OF

FEB - 1 2024

HON. WILLIAM J. MARTINI, U.S.D.J.



Jose Martinez
354 Doremus Ave.
Newark, NJ 07105

Hon. Judge William Martini
US Federal Courthouse
50 Walnut St.
Newark, NJ 07102

LEGAL MAIL